STATE OF NEW JERSEY v. LASALLES CHUNG.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS JOSEPH CANFIELD.

January 17, 1984.

Petition for certification granted.

COMMUNICATION WORKERS OF AMERICA, LOCAL 1087 v. MONMOUTH COUNTY BOARD OF SOCIAL SERVICES.

January 17, 1984.

Petition for certification granted.

COMMUNICATION WORKERS OF AMERICA, LOCAL 1087 v. MONMOUTH COUNTY BOARD OF SOCIAL SERVICES v. STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES.

January 17, 1984.

Petition for certification granted.